IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

Z.R., MOTHER OF S.W., P.L.
AND S.P., MINOR CHILDREN,

     Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2386

_____/

Opinion filed August 25, 2017.

An appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

Ryan Thomas Truskoski, Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee; Alexis Fields, and Thomasina Moore, Guardian Ad Litem Program, Sanford, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, RAY, and OSTERHAUS, JJ., CONCUR.